■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL ATKINSON, Appellant. [665 NYS2d 564] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered August 30, 1995, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BLAND, Appellant. [665 NYS2d 546] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered December 5, 1996, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.